PER CURIAM.
AFFIRMED on the authority of Heiney v. State, 447 So.2d 210 (Fla.1984), cert. denied, 469 U.S. 920, 105 S.Ct. 303, 83 L.Ed.2d 237 (1984); Rose v. State, 425 So.2d 521 (Fla.1982), cert. denied, 461 U.S. 909, 103 S.Ct. 1883, 76 L.Ed.2d 812 (1983); In Re: Standard Jury Instructions in Criminal Cases, 431 So.2d 594, 595 (Fla. 1981) citing with approval Holland v. United States, 348 U.S. 121, 75 S.Ct. 127, 99 L.Ed. 150 (1954); Herman v. State, 472 So.2d 770 (Fla. 5th DCA 1985), rev. denied, 482 So.2d 348 (Fla.1986); Dunn v. State, 454 So.2d 641 (Fla. 5th DCA 1984); Bouler v. State, 389 So.2d 1197 (Fla. 5th DCA 1980). The evidence was sufficient to support the jury’s verdict. Tibbs v. State, 397 So.2d 1120 (Fla.1981), aff’d., 457 U.S. 31, 102 S.Ct. 2211, 72 L.Ed.2d 652 (1982).
UPCHURCH, C.J., and SHARP and COWART, JJ., concur.